# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 91-cr-00044-ZLW-05
Criminal Action No. 91-cr-00299-ZLW-01

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

JACK MOODY STRICKLIN, JR.

       Defendant.

---

## ORDER TERMINATING SUPERVISED RELEASE
## PRIOR TO ORIGINAL EXPIRATION DATE

---

       On March 1, 2010, the probation officer submitted a petition for early termination of supervised release in this case. On March 1, 2010, the court ordered that the probation officer serve the petition on the United States and that the United States respond in writing within fifteen days of the date of service. The petition was served on the United States on March 2, 2010, and the United States does not object to the proposed relief. Accordingly, it is

       ORDERED that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

       DATED at Denver, Colorado, this 19th day of March, 2010.

                                           BY THE COURT:

                                           _____
                                           ZITA LEESON WEINSHIENK
                                           Senior United States District Judge